NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MELISSA KENNEDY, AS NEXT FRIEND FOR, MICHAEL DAN KENNEDY,**
*Petitioners-Appellants,*

v.

**SECRETARY OF HEATH AND HUMAN SERVICES,**
*Respondent-Appellee.*

---

2011-5106

---

Appeal from the United States Court of Federal Claims in case no. 90-VV-1009, Judge Francis M. Allegra.

---

**ON MOTION**

---

**O R D E R**

The Secretary of Health and Human Services ("The Secretary") moves, unopposed, for a 10-day extension of time, up to and including March 2, 2012, within which to file a response to Melissa Kennedy's Motion to Withdraw Order Dismissing Case for Failure to Prosecute.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.  The Secretary's response is due no later than March 2, 2012.

FOR THE COURT

MAR 0 9 2012

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:  Andrew D. Downing, Esq.
     Michael P. Milmoe, Esq.

s25

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 0 9 2012

JAN HORBALY
CLERK